

IN THE CIRCUIT COURT OF POINSETT COUNTY, ARKANSAS

**TINA LAWRENCE and**
**CAROLYN BUSH**                                                          **PLAINTIFFS**

V.                              NO. 56CV-23-130(04)

**MAX TRANS LLC**                                                          **DEFENDANT**

### COMPLAINT

Come the Plaintiffs, by and through counsel Matthew E. Hartness, and for their cause of action, state:

1. Plaintiffs are residents of Poinsett County, Arkansas

2. Plaintiffs' cause of action arises from a motor vehicle collision which occurred in Poinsett County, Arkansas.

3. Defendant Max Trans LLC is a foreign corporation doing business in Poinsett County, Arkansas.

4. This Honorable Court has personal and subject matter jurisdiction over this matter and venue is proper herein.

5. On or about April 3, 2023, Plaintiff Tina Lawrence was operating her vehicle, in which Plaintiff Carolyn Bush was a passenger, and was traveling East on State Highway 14 near Waldenburg, Poinsett County, Arkansas.

6. At the same time and place Charles Holland was operating a 2017 Freightliner owned by Defendant and was traveling West on State Highway 14. As Plaintiffs lawfully proceeded eastbound Charles Holland veered in to Plaintiffs' lane of traffic. Plaintiff Tina Lawrence tried to avoid the collision but was unable to do so. The crash caused Plaintiffs' vehicle to rotate clockwise and leave the roadway.

7. The actions of Charles Holland, for which Defendant is responsible, were the proximate cause of the injuries and damages sustained by Plaintiffs. Specific acts of negligence

include, but are not limited to, the following:

    a.    Failing to keep a proper lookout;

    b.    Failing to keep the vehicle he was driving under proper control;

    c.    Careless and prohibited driving;

    d.    Failing to yield the righ-of-way; and,

    e.    Otherwise failing to exercise ordinary care under the circumstances.

8. At the time of the crash which gives rise to this cause of action Charles Holland was operating a vehicle owned by Defendant. At all times relevant to this cause of action Charles Holland was acting within the course and scope of his employment with Defendant. Under the doctrine of *respondeat superior*, Defendant is vicariously liable for any damages which resulted from the negligence of Charles Holland.

9. As a proximate result of the conduct of Charles Holland, Plaintiff, Tina Lawrence, sustained the following injuries and damages:

    a.    permanent physical injury;

    b.    pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

    c.    medical expenses incurred in the past and reasonably certain to be incurred in the future;

    d.    scars and disfigurement; and,

    e.    loss of earnings and earnings capacity.

10. As a proximate result of the conduct of Charles Holland, Plaintiff, Carolyn Bush, sustained the following injuries and damages:

    a.    permanent physical injury;

    b.    pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

    c.    medical expenses incurred in the past and reasonably certain to be incurred in the future; and,

    d.    scars and disfigurement.

11. Plaintiffs' unliquidated damages exceed the current minimum requirement for federal court jurisdiction in diversity of citizenship cases. Plaintiffs furthermore demand a trial by jury.

WHEREFORE, Plaintiffs pray for judgment of and from the Defendant in an amount adequate to compensate them for the damages they have sustained, which amount exceeds the current minimum amount required for federal court jurisdiction in diversity of citizenship cases. Plaintiffs further pray for costs, interest and all other just and proper relief to which they may be entitled.

Respectfully Submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227
(501) 221-0444
(501) 661-0196 fax

BY: /s/ Matthew E. Hartness
    MATTHEW E. HARTNESS, ABN 96005

BY: /s/ Edward T. Oglesby
    EDWARD T OGLESBY , ABN 89158

IN THE CIRCUIT COURT OF POINSETT COUNTY, ARKANSAS
CIVIL DIVISION

TINA LAWRENCE and
CAROLYN BUSH
**Plaintiff(s)**

vs.                                                     No. 56CV-23-130(04)

MAX TRANS LLC
**Defendant(s)**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**
    Max Trans LLC

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Matthew E. Hartness
    The Brad Hendricks Law Firm, P.A.
    500C Pleasant Valley Drive
    Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Address of Clerk's Office                           CLERK OF COURT

Claudia Matthews, Circuit Clerk
401 Market Street
Courthouse                                          [Signature of Clerk or Deputy Clerk]
Harrisburg, AR  72432
                                                    Date: June 13, 2023

[SEAL]

No. _____ This summons is for _____ (*name of Defendant*).

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or


☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or


☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or


☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or


☐ On_____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or


☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.


☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.


☐ Other [specify]:

☐ I was unable to execute service because:


My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
 [signature of server]

_____
 [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
 [signature of server]

_____
 [printed name]

Address: _____

Phone: _____

Subscribed and sworn to before me this date: _____

Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____