IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TINA LAWRENCE and
CAROLYN BUSH                                                                    PLAINTIFFS

v.                           CASE NO. 3:23-CV-00156-BSM

MAX TRANS, LLC                                                                  DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE